**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

MICHAEL GULISANO,                                   CASE NO.: 0:15-CV-61940

      Plaintiff,
v.

VACATION TOUR AND TRAVEL, INC. A/K/A
VACATION TOUR & TRAVEL AGENCY, LLC, AND
BLUEGREEN VACATIONS UNLIMITED, INC.,

      Defendants.
_____/

**COMPLAINT FOR VIOLATIONS
OF THE TELEPHONE CONSUMER PROTECTION ACT**

Plaintiff, Michael Gulisano (the "Plaintiff"), by and through counsel, sues Defendants, Vacation Tour and Travel, Inc. a/k/a Vacation Tour & Travel Agency, LLC and Bluegreen Vacations Unlimited, Inc. (collectively, the "Defendants") and states:

1. This is an action for injunctive relief and statutory damages for violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

2. The TCPA made it illegal to call any telephone number assigned to a cellular telephone service using an automatic-telephone-dialing system or an artificial or pre-recorded voice. 47 U.S.C. § 227(b)(1)(A). The statute imposes strict liability for violations, making exceptions only for calls made for emergency purposes or made with the prior express consent of the called party.

**JURISDICTION AND VENUE**

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 because the action arises under federal law, namely, the TCPA.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because the automated calls giving rise to Plaintiff's claims occurred within this District.

## PARTIES

5. The Plaintiff is a citizen of the State of Florida and a resident of Broward County, Florida.

6. Defendant, Vacation Tour and Travel, Inc. a/k/a Vacation Tour & Travel Agency, LLC ("Vacation Tour") is a Arkansas corporation doing business in Florida.

7. Defendant, Bluegreen Vacations Unlimited, Inc. ("Bluegreen") is a Florida corporation doing business in Florida.

## FACTUAL ALLEGATIONS

8. At all times material hereto, the Plaintiff was the sole subscriber, owner, possessor, and operator of a cellular telephone with the assigned number ending in 1678 (the "1678 number").

9. The Plaintiff is and has always been financially responsible for the 1678 number and the telephone service connected therewith.

10. On seven separate occasions, the Plaintiff received unsolicited telephone calls on his cellular telephone, the 1678 number, from telephone number 609-357-1909.

11. The first two calls occurred on August 17, 2015.

12. The third call occurred on August 18, 2015.

13. The fourth call occurred on August 20, 2015.

14. The fifth and sixth call occurred on August 12, 2015.

15. The seventh call occurred on August 24, 2015.

16. Upon answering this telephone call, the Plaintiff was first met with a noticeable period of "dead air" while the Defendants' telephone system attempted to connect him with a live person.

17. All autodialed calls at issue were placed from an automatic telephone dialing

system ("autodialer") operated by the Defendants.

## COUNT I – AS TO VACATION TOUR AND TRAVEL
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT
## (47 U.S.C. § 227)

18. The Plaintiff realleges and incorporates by reference paragraphs 1 – 17.

19. Vacation Tour made multiple unsolicited telephone calls to the Plaintiff's cellular telephone using an automatic telephone dialing system.

20. The calls were made without the Plaintiff's prior express consent.

21. The calls made by Vacation Tour were made in violation of the TCPA, 47 U.S.C. § 227(b)(1)(A)(iii) because the calls were made to a telephone number assigned to a cellular telephone service and were made using an automatic-telephone-dialing system and/or an artificial or pre-recorded voice.

22. Vacation Tour's violations were negligent, or alternatively, they were willful or knowing. 47 U.S.C. § 312(f)(1).

## COUNT II – AS TO BLUEGREEN
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT
## (47 U.S.C. § 227)

23. The Plaintiff realleges and incorporates by reference paragraphs 1 – 17.

24. Bluegreen made, or Vacation Tour made on Blugreen's behalf, multiple unsolicited telephone calls to the Plaintiff's cellular telephone using an automatic telephone dialing system.

25. The calls were made without the Plaintiff's prior express consent.

26. The calls made by Bluegreen, or by Vacation Tour on Bluegreen's behalf, were made in violation of the TCPA, 47 U.S.C. § 227(b)(1)(A)(iii) because the calls were made to a telephone number assigned to a cellular telephone service and were made using an automatic-telephone-dialing system and/or an artificial or pre-recorded voice.

27.     Bluegreen's violations were negligent, or alternatively, they were willful or knowing. 47 U.S.C. § 312(f)(1).

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff requests that the Court enter judgment in his favor against Defendants, Vacation Tour and Travel, Inc. a/k/a Vacation Tour & Travel Agency, LLC and Bluegreen Vacations Unlimited, Inc., as follows:

(a)     awarding statutory damages of $500 dollars as provided by 47 U.S.C. § 227(b)(3)(B);

(b)     awarding willful damages of $1500 dollars per call as provided by 47 U.S.C. § 227(b)(3);

(c)     enjoining the Defendants from future communications in violation of the TCPA as provided by 47 U.S.C. § 227(b)(3)(A);

(d)     awarding reasonable attorney's fees and costs; and

(e)     granting any other further relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted on September 15, 2015 by,

MICHAEL GULISANO, ESQUIRE
5613 NW 117th Ave.
Coral Springs, FL 33076
561-271-1678

/s/ Michael Gulisano
Michael Gulisano, Esquire
Florida Bar No.: 87573
gulisanomichael@gmail.com