UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MICHAEL GULISANO,             CASE NO.: 0:15-CV-61940

     Plaintiff,
v.

VACATION TOUR AND TRAVEL, INC. A/K/A
VACATION TOUR & TRAVEL AGENCY, LLC, AND
BLUEGREEN VACATIONS UNLIMITED, INC.,

     Defendants.
_____/

**NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Michael Gulisano (the "Plaintiff"), by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), informs the Court that a settlement agreement has been reached resolving all issues in this matter. In accordance with that agreement, the Plaintiff voluntarily dismisses this action with prejudice against Defendants, Vacation Tour and Travel, Inc. a/k/a Vacation Tour & Travel Agency, LLC and Bluegreen Vacations Unlimited, Inc. (collectively, the "Defendants").

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically on November 15, 2015 on all counsel or parties of record.

                         Respectfully submitted by,

                         MICHAEL GULISANO, ESQUIRE
                         5613 NW 117th Ave.
                         Coral Springs, FL 33076
                         561-271-1678
                         gulisanomichael@gmail.com

                         s/ Michael Gulisano
                         Michael Gulisano, Esquire
                         Florida Bar No.: 87573